```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Randy Smith

  v.              Civil No. 14-cv-430-SM

Clark Gaphardt


O R D E R

  No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 3, 2015, for the reasons set forth therein and in the court's January 5, 2015, Order.  The complaint is hereby dismissed.

  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

  The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: April 22, 2015

cc:   Randy Smith, pro se