UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Randy Smith</u>

    v.    Case No. 14-cv-430-SM

<u>Clark Gaphardt</u>

**J U D G M E N T**

In accordance with the Order by Judge Steven J. McAuliffe entered on April 22, 2014, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 3, 2015, judgment is hereby entered.

By the Court,

/s/ Daniel J. Lynch
_____
Daniel J. Lynch
Clerk of Court

Date: April 23, 2015

cc:    Randy Smith, pro se